

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL INTERNAL,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY D. MITTMAN, M.D., dba FRONTRUNNERS BOARD REVIEW & FRONTRUNNERS PUBLISHING,<br><br>    Defendants. | Case No. SACV 08-00929-AG (MLGx)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the answer be stricken, and that default be entered by the clerk against Defendant. After entry of default, Plaintiff may file a motion for default judgment.

Dated: August 31, 2010

Andrew J. Guilford
United States District Judge